The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMBER CHOWDHARY,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

CASE NO. 2:26-cv-03118-BJR

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE

**STIPULATED MOTION**

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for sixty (60) days, until December 21, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's visa petition. *See* Complaint, Dkt. 1.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. The parties agree to stay the case for 60 days to allow USCIS to process submitted materials and adjudicate the visa petition at issue. Allowing this time for USCIS to adjudicate the application under these circumstances is for good cause as it promotes the efficient resolution of Plaintiff's claims and conserves judicial resources.

Dated this 22nd day of October, 2026.

*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA #49849
Gibbs Houston Pauw, PLLC
1000 Second Avenue, Suite I600
Seattle, WA 98104
Phone: (206) 682-1080
Email : adam.boyd@ghp-law.net

*Attorney for Plaintiff*

*s/ S. Nicole Nardone*
S. NICOLE NARDONE,
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nicole.nardone@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 198 words, in compliance with the Local Rules.*

**ORDER**

The case is held in abeyance. The parties shall submit a status update by December 21, 2026. It is so **ORDERED**.

Dated this 22nd day of October, 2026.

Barbara J. Rothstein
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970